UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GERSON PATRICK SPENCER SEMEDO,

    Petitioner,

vs.      Case No. 3:16-cv-1117-J-34PDB

U.S. ATTORNEY GENERAL,
et al.,

    Respondents.

## **ORDER OF DISMISSAL WITHOUT PREJUDICE**

On September 1, 2016, Petitioner Gerson Patrick Spencer Semedo filed a pro se Petition for Writ of Habeas Corpus (Petition; Doc. 1) pursuant to 28 U.S.C. § 2241. In the Petition, Semedo seeks his release from the custody of the United States Immigration and Customs Enforcement (ICE). On October 11, 2016, the Court directed Respondents to respond to the Petition within sixty days from the date of service of process. See Order (Doc. 4). On December 13, 2016, Respondents filed a Notice of Petitioner's Release from Custody (Notice; Doc. 5). In the Notice, Respondents assert that ICE removed Semedo from the United States on December 7, 2016, see Notice at 1; Semedo is no longer in the custody of ICE; and as such, his case should be dismissed. The Court concludes that this case no longer presents a case or controversy, and therefore the dismissal of the case is appropriate at this time.

Accordingly, it is now

**ORDERED AND ADJUDGED**:

1. This case is **DISMISSED without prejudice as moot**.

2. The Clerk of Court shall enter judgment dismissing this case without prejudice, closing the case and terminating any pending motions.

3. The Clerk of Court shall send Semedo a copy of this Order to his last known address on file with this Court.

**DONE AND ORDERED** at Jacksonville, Florida, this 14th day of December, 2016.

MARCIA MORALES HOWARD
United States District Judge

sc 12/14
c:
Gerson Patrick Spencer Semedo
Counsel of Record

- 2 -